UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Miguel Robirosa

Chapter 7
Case No.  9:17-bk-06139-FMD

Debtor(s)
_____/

## AMENDED REPORT OF UNCLAIMED FUNDS[1]

Luis E. Rivera, II, as Trustee, states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account and all checks have cleared with the exception of the following:

| Claim No | Name of Creditor | Amount |
|---|---|---|
| 4-1 | Dilks & Knopik, LLC | $2594.44 |
| | Miguel Robirosa | $15,263.23 |
| | **TOTAL:** | **$17,857.67** |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend. In accordance with 11 U.S.C § 347 and Fed. R. Bankr. P. 3011, the Trustee previously paid to the Clerk the sum of $17,799.00 for deposit in the "unclaimed funds account. The Trustee will provide an check made payable to the U.S. Bankruptcy Court in the amount of $58.67 to the clerk of court for deposit in the "unclaimed funds account," and states that the claimants entitled to the total funds are as listed above.

I HEREBY CERTIFY that on September 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing was provided electronically or by U.S. Mail to the United States Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602.

/s/ Luis E. Rivera II
Luis E. Rivera II, Trustee
Post Office Box 1026
Fort Myers, Florida 33902
239.254.8466
trustee.rivera@gray-robinson.com

---

[1] This Report amended the Report of Unclaimed Funds (Doc. 53) filed November 28, 2018 to reflect the deposit of an additional $58.67 due to Miguel Robirosa.