UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Miguel Robirosa ) | Case No. :17-bk-06139-FMD |
| ) | Chapter 7 |
| Debtor.[1] ) | |
| ) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now, TOMAS FEDERICO ROBIROSA, through undersigned counsel, to move the Court to enter an order directing payment of all unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is an authorized representative of the debtor's estate in the above captioned bankruptcy case and on whose behalf funds were deposited.

Attached hereto as Exhibit "A" is the Order on Tomas Federico Robirosa's Petition for Summary Administration entered in the probate division of the Lee County, Florida circuit court on June 2, 2022 (the "Order"). The Order directs that Tomas Federico Robirosa collect the unclaimed assets of the deceased debtor, Miguel Robirosa, from the Florida Middle District Bankruptcy Court in the above captioned case. The Order provides that the unclaimed funds be paid into the trust account of ERCHID LAW PLLC, upon which distribution will be made to the deceased debtor's estate's beneficiaries.

The undersigned certifies under penalty of perjury that all statements made on this application and any supporting documents required for this application is, to the best of the undersigned and Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an order authorizing payment of the dividend due upon this claim.

| | |
|---|---|
| Name of Claimant: | Tomas Federico Robirosa |
| Mailing Address: | 203 N Armenia Ave #101, Tampa, Florida 33609 |
| Amount of Claim: | all unclaimed funds – (approximately $15,263.23 per US Courts Unclaimed Funds Locator) |

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

/s/ Omar A. Erchid
**Omar A. Erchid, Esq.**
ERCHID LAW PLLC
203 N. Armenia Ave, #101
Tampa, Florida 33609
P: (813) 631-7226
F: (813) 946-5101
omar@erchidlaw.com
roza@erchidlaw.com
Florida Bar No. 1010955
*Attorney for Claimant Tomas F Robirosa*

_____
Omar Erchid on behalf of Claimant

7/6/2022
DATE

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 6th day of July, 2022, by Omar Erchid.

Roza M. Tawil
Comm #HH053351
Expires: Oct. 14, 2024
Bonded Thru Aaron Notary
(NOTARY SEAL)

_____
Signature of Notary Public

Roza Tawil
_____
Name of Notary, typed, printed or stamped

Personally known __X__ OR Produced Identification_____
Type of Identification Produced_____